**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6710

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MOHAMMED MODIN HASAN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:10-cr-00056-MSD-FBS-1)

_____

Submitted:  September 28, 2023                     Decided:  October 3, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mohammed Modin Hasan, Appellant Pro Se.  Joseph Attias, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammed Modin Hasan appeals the district court's order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Hasan's motion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (per curiam) (stating standard).  Accordingly, we affirm the district court's order.  *United States v. Hasan*, No. 2:10-cr-00056-MSD-FBS-1 (E.D. Va. June 20, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*